UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND | ) | 3:09-md-02100-DRH-PMF |
| YAZ(DROSPIRENONE) MARKETING, | ) | MDL No. 2100 |
| SALES PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | |

_____

**This Document Relates to:**

Ashley Adams v. Bayer Corp. et al. No. 3:10-cv-10161-DRH-PMF

Alexis Callaway v. Bayer Corp. et al. No. 3:10-cv-10051-DRH-PMF

Cindy Osorio v. Bayer Corp. et al. No. 3:09-cv-20065-DRH-PMF

Phylicia Ramsey v. Bayer Corp. et al. No. 3:10-cv-10245-DRH-PMF

Paula Richardson v. Bayer Corp. et al. No. 3:09-cv-10220-DRH-PMF

ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Defendant Bayer HealthCare Pharmaceuticals Inc.'s motion, pursuant to Case Management Order 12 ("CMO 12"), for an Order dismissing Plaintiffs' claims in the above-captioned matters with prejudice for failure to comply with their Plaintiff Fact Sheet ("PFS") obligations.

On August 23, 3020, Bayer HealthCare Pharmaceuticals Inc. moved to dismiss the above-captioned matters without prejudice for failure to comply with PFS obligations (Adams DOC. 15; Callaway DOC. 18; Osorio DOC. 35; Ramsey DOC. 12; Richardson DOC. 19). The Court granted the motion on September 21, 2010 (Adams DOC. 20; Callaway DOC. 19; Osorio DOC. 36; Ramsey DOC. 13; Richardson DOC. 20).

More than 60 days since the entry of the order of dismissal without prejudice has passed, and Plaintiffs have not complied with their PFS obligations. Accordingly, pursuant to Section E of CMO 12, Defendant Bayer HealthCare Pharmaceuticals Inc. requests an Order converting the dismissal without prejudice to a dismissal with prejudice. Having considered the motion and the relevant provisions of CMO 12 the Court **ORDERS** as follows:

Plaintiffs in the above captioned actions have failed to comply with their obligations pursuant to CMO 12 and more than 60 days have passed since the entry of the order of dismissal without prejudice for failure to comply with CMO 12. Accordingly, pursuant to Section E of CMO 12, **Plaintiffs complaints are hereby dismissed with prejudice**.

**SO ORDERED:**

David R. Herndon
2010.12.10
06:47:13 -06'00'

**Chief Judge**                                         **Date: December 10, 2010**
**United States District**