UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES | ) | MDL No. 2100 |
| PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |

_____

This Document Relates to:

Ashley Adams v. Bayer Corp. et al. No. 3:10-cv-10161-DRH-PMF
Alexis Callaway v. Bayer Corp. et al. No. 3:10-cv-10051-DRH-PMF
Cindy Osorio v. Bayer Corp. et al. No. 3:09-cv-20065-DRH-PMF
Phylicia Ramsey v. Bayer Corp. et al. No. 3:10-cv-10245-DRH-PMF
Paula Richardson v. Bayer Corp. et al. No. 3:09-cv-10220-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 10, 2010, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
                **Deputy Clerk**

David R. Herndon
2011.01.03
15:33:30 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT